# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v.<br>Kyle Jones<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 14-644M |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Kyle Jones,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

On or about December 17, 2013, defendant KYLE JONES committed and aided and abetted the commission of bank fraud, in violation of Title 18, United States Code, Sections 1344 and 2, and aggravated identity theft, in violation of Title 18, United States Code, Sections 1028A and 2 when a stolen identification was used to cash a fraudulent check.

Date: 6-20-14

*Issuing officer's signature*

City and state: Philadelphia, PA

Honorable Jacob P. Hart
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6-20-14, and the person was arrested on *(date)* 6-24-14
at *(city and state)* PA.

Date: 6-24-14

*Arresting officer's signature*

FBI SA Nolan Burke
*Printed name and title*